# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD GLENN ESTES,<br><br>    Petitioner,<br><br> v.<br><br>RENEE BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:13-cv-00072-MMD-WGC<br><br>ORDER |

In this habeas corpus action, on May 30, 2017, the Court ordered the respondents to expand the record, pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, by filing, as an exhibit, a copy of the transcript of petitioner's statement to the police. (*See* Order entered May 30, 2017 (ECF No. 35).)

Respondents timely filed a copy of the transcript on June 7, 2017 (Respondents' Exhibit 1, ECF No. 36).

On June 19, 2017, the petitioner, Donald Glenn Estes, filed a response to respondents' filing, as allowed by the May 30, 2017, order, stating that the exhibit appears to be an authentic transcript of his tape-recorded statement, and that he has no objection to the Court considering the exhibit (ECF No. 37).

In his response, Estes notes, however, that, on the first page of the exhibit, his date of birth and Social Security number should be redacted. Estes' concern in this regard is well-taken.

It is therefore ordered that the Clerk of the Court is to place under seal Respondents' Exhibit 1, which is located in the record for this case at ECF No. 36.

It is further ordered that within ten (10) days from the date of this order respondents are to file as a new exhibit (Respondents' Exhibit 2) a copy of the transcript of Estes' statement to the police with Estes' date of birth and Social Security number redacted.

DATED THIS 21st day of June 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE